**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMOON HOOSEINZADEH,<br>Petitioner,<br>v.<br>JAMES JANECKA, *et al.*,<br>Respondents. | Case No. 5:26-cv-05224-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Damoon Hooseinzadeh is a native and citizen of Iran who has resided in the United States since 1995. ECF 1 at ¶ 17. Petitioner was a lawful permanent resident from the age of fifteen to his early twenties. *Id.* at ¶ 18. In 2009, Petitioner was convicted of conspiracy to commit fraud and identity theft in the United States District Court for the Eastern District of Pennsylvania and served approximately two years in federal prison. *Id.* at ¶ 19.

On October 29, 2010, Petitioner was ordered removed to Iran, denied asylum and withholding of removal, and denied withholding or deferral of removal under the Convention Against Torture. *Id.* at ¶ 20. Petitioner was later released under an order of supervision. *Id.* at ¶ 21. In March 2020, Petitioner was briefly detained and then again released pursuant to an order of supervision. *Id.* at ¶ 22.

Petitioner received a notice of appointment in June 2026 to enroll in the Intensive Supervision Appearance Program. *Id.* at ¶ 25. On August 11, 2026, Petitioner arrived to his appointment, but was arrested and detained by Immigration and Customs. *Id.* at ¶ 26. Petitioner was not given any notice of revocation of his order of supervision, or any indication that his removal was imminent. *Id*. at ¶¶ 27–28. Instead, he was transported to the Adelanto ICE Processing Center, where he remains. *Id.* at ¶ 26.

Petitioner now brings the instant habeas petition, alleging that his statutory and constitutional rights have been violated, based on his unlawful arrest and detention.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that passed four days ago. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Damoon Hosseinzadeh (A# 077-628-145) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: September 21, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE